1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11      UNITED STATES OF AMERICA,                No. 2:15-cr-00029-TLN

12                    Plaintiff,

13            v.                                 **AMENDED RELATED CASE ORDER**

14      LEJOHN WINDON, JR.,

15                    Defendant.

16                                               No. 2:22-mc-00138-KJM-CKD

17      UNITED STATES OF AMERICA,

18                    Plaintiff,

19      v.

20      LEJOHN WINDON, JR.,

21                    Debtor,

22      FEDERAL EXPRESS CORPORATION,

23                    Garnishee.

24

25          The Court has reviewed the Government's Notice of Related Cases, filed April 28, 2022.

26   (ECF No. 176.)  Examination of the above-captioned actions reveals that they are related within

27   the meaning of Local Rule 123 (E.D. Cal. 1997).  Under Local Rule 123, two actions are related

28
                                                 1

when they involve the same parties and are based on a same or similar claim; when they involve the same transaction, property, or event; or when they "involve similar questions of fact and the same question of law and their assignment to the same Judge . . . is likely to effect a substantial savings of judicial effort." L.R. 123(a). Further,

> [i]f the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself.

L.R. 123(c).

Here, an Application for Writ of Garnishment is being filed in case number 2:22-mc-00138-KJM-CKD to enforce the criminal restitution order imposed against Defendant Lejohn Windon, Jr., in case number 2:15-cr-00029-TLN. The actions involve the same parties, similar underlying alleged facts, and the same questions of law. As such, assignment to the same judge would "effect a substantial savings of judicial effort." L.R. 123(a), *see also* L.R. 123(c).

Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Should either party wish to consolidate the actions, the appropriate motion or stipulation must be filed.

IT IS THEREFORE ORDERED that the action denominated 2:22-mc-00138-KJM-CKD be reassigned to District Judge Troy L. Nunley, and the caption shall read **2:22-mc-00138-TLN-CKD.** Any dates currently set in case number 2:22-mc-00138-KJM-CKD are hereby VACATED.

IT IS SO ORDERED.

Dated:  July 25, 2022

_____
Troy L. Nunley
United States District Judge

2