UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>LEJOHN WINDON, JR.,<br><br>            Debtor.<br><br>FEDERAL EXPRESS CORPORATION,<br>(and its Successors and Assignees)<br><br>            Garnishee. | Case No. 2:22-mc-00138-TLN-CKD<br><br>**FINAL ORDER OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 2:15-cr-00029-TLN |

On April 15, 2022, the United States filed an Application for Writ of Continuing Garnishment against twenty-five percent (25%) of LeJohn Windon Jr.'s ("Debtor") non-exempt disposable earnings, and it requested to receive the statutorily authorized litigation surcharge. (ECF No. 1.) The Clerk of the Court issued the Writ and Clerk's Notice to Debtor. (ECF No. 4.) The United States served the Writ and related documents on Federal Express Corporation ("Garnishee") and Debtor. (ECF Nos. 2, 3.)

On June 14, 2022, Debtor was served with Garnishee's Acknowledgment of Service and Answer of Garnishee on Debtor and the United States ("Answer"). (ECF No. 11.) In its Answer, Garnishee stated that Debtor is an employee of Garnishee and pays earnings to Debtor. (ECF No. 10.) Debtor did

1

not file a claim of exemption to the proposed garnishment or request a hearing, did not object to Garnishee's Answer, and did not otherwise object to the United States' garnishment action.

Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302, on August 15, 2022, the Magistrate Judge issued findings and recommendations that recommended that the United States' request for final order of continuing garnishment be granted and ordered that any objections were due within 14 days after service.  (ECF No. 15.)  The United States served the findings and recommendations on Debtor on August 16, 2022.  (ECF No. 17.)  Debtor did not object and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case.  Having carefully reviewed the file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Findings and Recommendations for Final Order of Continuing Garnishment (ECF No. 15) are ADOPTED IN FULL.

2. Garnishee Federal Express Corporation is directed to pay the Clerk of the United States District Court twenty-five percent (25%) of LeJohn Windon, Jr.'s ongoing and non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses;

3. Garnishee Federal Express Corporation is directed to pay the Clerk of the United States District Court the amount of non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses, already withheld as a result of the writ, within fifteen (15) days of the filing of the Final Order.  Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (2:15-CR-00029-TLN) shall be stated on the payment instrument;

4. The United States is entitled to recover a $35,486.41 litigation surcharge after satisfaction of the judgment amount owed by LeJohn Windon, Jr.  Garnishee shall pay the litigation surcharge to the United States Department of Justice, who will provide payment instructions to the Garnishee concurrently with service of this order;

2

5. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

6. The garnishment shall terminate when (1) the United States seeks to terminate the writ or (2) when the judgment amount and litigation surcharge are fully satisfied.

IT IS SO ORDERED.

**DATED: September 19, 2022**

Troy L. Nunley
United States District Judge